Craig B. Sanders, Esq. (284397)
csanders@sanderslawpllc.com
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY  11530
Telephone:  (516) 203-7600
Facsimile:   (516) 281-7601
*Attorneys for Plaintiffs*
Our File No.: 104511

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| National Photo Group, LLC and BWP Media USA Inc. d/b/a Pacific Coast News, | 2:15-cv-08010-ODW-AGR |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| vs. | |
| Chaos Unlimited, LLC d/b/a Chaos, Chaos, Inc., XY Zinc, LLC, | **Hon. Otis D. Wright** |
| Defendant. | |

**PLEASE TAKE NOTICE** that the plaintiffs, National Photo Group, LLC, and BWP Media USA Inc. d/b/a Pacific Coast News ("Plaintiffs"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss all claims in this action ***with prejudice***. The defendant has neither filed an answer nor a motion for summary judgment.

Dated: April 14, 2016

    Respectfully submitted,

    SANDERS LAW, PLLC

    /s/ Craig B. Sanders
    Craig B. Sanders, Esq. (284397)
    100 Garden City Plaza, Suite 500
    Garden City, NY  11530
    Telephone:  (516) 203-7600
    Facsimile:   (516) 281-7601
    csanders@sanderslawpllc.com
    *Attorneys for Plaintiffs*

-1-